IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 17-cv-01191-LTB-NRN

ELLIS WILLIAMS,

      Plaintiff,

v.

UNITED/CONTINENTAL,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Motion for Extension of Time to File Objections to Magistrate Judge's Report (Doc 111 - filed October 15, 2019), and upon review of the file herein, it is

ORDERED that the Motion is **GRANTED up to and including October 31, 2019**.

                                                        BY THE COURT:

                                                        s/Lewis T. Babcock
                                                        Lewis T. Babcock, Judge

DATED:   October 16, 2019