IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 17-cv-01191-LTB-NRN

ELLIS WILLIAMS,

    Plaintiff,

v.

UNITED/CONTINENTAL,

    Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on October 8, 2019 (Doc 110) that Defendant's Motion for Summary Judgment (Doc 86) be granted. Plaintiff has filed Objections (Doc 114) and Defendant has filed Response to Objections (Doc 119). The Court previously dismissed Claims 5, 6, and 7 (Doc 53). The Court has reviewed *de novo* the Recommendation and other filings herein, and upon *de novo* review, it is

ORDERED that the recommendation is accepted and Defendant United Airlines, Inc.'s Motion for Summary Judgment (Doc 86) is GRANTED, the case is DISMISSED, with costs awarded to Defendant.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  November 20, 2019